UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RANDY ALAN HUSTON,**

   Plaintiff,

v.                                No. 4:22-cv-745-P

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

   Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

In this case, Plaintiff has filed a civil case with a complaint and a motion for leave to proceed in forma pauperis. ECF Nos. 1-2. The case was referred to the undersigned United States Magistrate Judge Jeffrey L. Cureton, for submission to this Court of findings, conclusions and recommendations ("FCRs") pursuant to 28 U.S.C. § 636(b)(1)(B). On September 15, 2022, Judge Cureton submitted Findings and Conclusions. *See* ECF No. 8. No objections were filed, and the Magistrate Judge's FCR is ripe for review.

The undersigned reviewed the FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct. Thus, the Court **ACCEPTS** the Magistrate Judge's Findings and Conclusions as its own. Accordingly, the Court **DENIES** Plaintiff's motion to proceed in forma pauperis. The Court further **ORDERS** that Plaintiff's complaint will be dismissed without further notice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to pay to the clerk of Court the filing and administrative fees of $402.00 by **October 7, 2022.**

**SO ORDERED** on this **30th day of September 2022**.

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE